UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONNA HEDGES, ON BEHALF OF HERSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

                Plaintiff,

-against-

ROUNDABOUT THEATRE COMPANY, INC.,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/3/2023_

23 Civ. 3075 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On April 18, 2023, the Court ordered the parties to file a joint letter and proposed case management plan by June 12, 2023. ECF No. 6. On May 2, 2023, the Court granted the parties' request that this deadline "be deferred until after Defendant[]" files its "response to the [c]omplaint[.]" ECF No. 12. By June 28, 2023, Defendant shall answer or otherwise respond to the complaint. *Id.* Accordingly, by **June 30, 2023**, the parties shall file their joint letter and proposed case management plan.

    SO ORDERED.

Dated: May 3, 2023
       New York, New York

ANALISA TORRES
United States District Judge