USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------x

DONNA HEDGES,

           Plaintiff,

    v.

ROUNDABOUT THEATRE COMPANY, INC.,

           Defendant.

-----------------------------------x

No.: 1:23-cv-3075

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff(s), DONNA HEDGES, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, ROUNDABOUT THEATRE COMPANY, INC., with prejudice and without fees and costs.

Dated: New York, New York
      July 24, 2023

                                                  **GOTTLIEB & ASSOCIATES**

                                                  /s/Michael A. LaBollita, Esq.

SO ORDERED.

Dated: July 25, 2023
      New York, New York

                                                  **ANALISA TORRES**
                                                United States District Judge